STATES ET AL. February 14, 1944. Roth substituted for Thomson. See *post*, p. 803, No. 70.

No. 4. HILL, ADMINISTRATOR, *v.* HAWES ET AL., TRUSTEES. February 14, 1944. MR. JUSTICE DOUGLAS is of the view that a rehearing of this case should be ordered. [320 U. S. 520; *post*, p. 801.]

No. —. EX PARTE JOHN FOSTER. February 28, 1944. The motion for leave to file petition for writ of habeas corpus is denied.

No. —. PEYTON *v.* RAILWAY EXPRESS AGENCY, INC. ET AL.;
No. —. PATTEN *v.* DENNIS, U. S. ATTORNEY, ET AL.; and
No. —. EXUM *v.* ILLINOIS. February 28, 1944. Applications denied.

No. —. DIOGUARDI *v.* CITY OF NEW YORK PARKS ET AL. February 28, 1944. Petition for appeal denied.

No. —. L. P. STEUART & BRO., INC. *v.* BOWLES, PRICE ADMINISTRATOR. February 28, 1944. The motion of petitioner to stay the mandate and to continue the temporary restraining order is granted and the mandate is stayed and the temporary restraining order continued until March 15 next, and if on or before that date a petition for a writ of certiorari is filed in this Court in this case, it is ordered that the mandate be stayed and the temporary restraining order be continued until the final disposition of the case by this Court.